A CERTIFIED TRUE COPY

NOV 13 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 25 2007

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 1871

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On October 16, 2007, the Panel transferred two civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable Cynthia M. Rufe.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Rufe.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of October 16, 2007, and, with the consent of that court, assigned to the Honorable Cynthia M. Rufe.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

NOV 13 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                    MDL No. 1871

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

**DIST. DIV. C.A.#**                **CASE CAPTION**

ARKANSAS WESTERN
   ARW 1 07-1088            Jimmy Mason v. SmithKline Beecham Corp., et al.

CALIFORNIA CENTRAL
   CAC 2 07-6149            Alicia H. Rodriguez, et al. v. SmithKline Beecham Corp.
   CAC 5 07-1109            James Roland v. GlaxoSmithKline

FLORIDA SOUTHERN
   FLS 1 07-22434           Jose Izquierdo v. SmithKline Beecham Corp., et al.
   FLS 9 07-80816           Clifford Cartwright, et al. v. GlaxoSmithKline

ILLINOIS SOUTHERN
   ILS 3 07-506             Donald R. Knight v. SmithKline Beecham Corp.

INDIANA SOUTHERN
   INS 1 07-1202            William Bass v. GlaxoSmithKline, PLC, et al.

LOUISIANA EASTERN
   LAE 2 07-4013            Junita Cuccia v. GlaxoSmithKline, PLC, et al.

NEW JERSEY
   NJ 2 07-3291             Richard V. D'Apuzzo v. GlaxoSmithKline, PLC, et al.

NEW YORK EASTERN
   NYE 2 07-4016            Michael Miracolo v. GlaxoSmithKline, PLC, et al.

NEW YORK SOUTHERN
   NYS 1 07-4006            Sheila E. Schrank v. GlaxoSmithKline, PLC, et al.
   NYS 1 07-7879            Frank W. Curley v. SmithKline Beechman Corp., et al.
   NYS 1 07-7896            Kim Griffin v. SmithKline Beecham Corp., et al.
   NYS 1 07-7898            Donald Spallone v. SmithKline Beecham Corp., et al.
   NYS 1 07-7899            Linda Madison, etc. v. SmithKline Beecham Corp., et al.
   NYS 1 07-8137            Jesse Pitt v. SmithKline Beecham Corp., et al.
   NYS 1 07-8138            Victor Estevez v. SmithKline Beecham Corp., et al.
   NYS 1 07-8141            Aida Rojas v. SmithKline Beechman Corp., et al.
   NYS 1 07-8170            Harvey A. Silverstein, et al. v. SmithKline Beecham Corp., et al.
   NYS 7 07-4636            Benjamin Sarconi v. SmithKline Beecham Corp., et al.

# MDL No. 1871 - Schedule CTO-1 Tag-Along Actions (Continued)

| DIST. DIV. C.A.# | CASE CAPTION |
|---|---|
| **OHIO NORTHERN** | |
| OHN 1 07-2841 | Marvin Phillips, et al. v. GlaxoSmithKline, PLC |
| **OKLAHOMA EASTERN** | |
| OKE 6 07-305 | Ray Donahoo, et al. v. GlaxoSmithKline, PLC |
| **PUERTO RICO** | |
| PR 3 07-1854 | Maria Del-Rosario-Pagan, et al. v. GlaxoSmithKline, PLC, et al. |
| **TENNESSEE EASTERN** | |
| ~~TNE 3 07-266~~ | ~~J. Terry Holland, et al. v. GlaxoSmithKline, PLC~~ Opposed 11/8/07 |
| **TENNESSEE WESTERN** | |
| TNW 2 07-2428 | Lula Trass v. GlaxoSmithKline, Inc. |
| **TEXAS EASTERN** | |
| TXE 1 07-586 | Barry Nicholas v. SmithKline Beecham Corp. |
| TXE 2 07-254 | Peggie Stanford, et al. v. SmithKline Beecham Corp. |